December 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARY KUOL, Appellant

NO. 14-14-01008-CR                              V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, this Court holds that the portion of the judgment adjudicating guilt showing that appellant Mary Kuol was convicted of a state jail felony was in error but the error is capable of reformation by this Court. Therefore, we **REFORM** the judgment to reflect that appellant was convicted of a Class A misdemeanor, and we **AFFIRM** that portion of the judgment as modified.

Further, we hold that there was error in the punishment portion of the judgment. Appellant was convicted of a Class A misdemeanor but punished in accordance with a state jail felony enhanced to a third degree felony. We therefore **REVERSE** the portion of the judgment assessing punishment and **REMAND** for a new punishment determination.

We further order this decision certified below for observance.

We order that mandate be issued immediately.